IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JAMES MILLER,<br><br>Defendant. | CR  20-96-BLG-SPW-1<br><br>**ORDER** |

Defendant appeared before the Court on May 20, 2021, for a hearing on the United States' motion to revoke his pretrial release.  Defendant waived a hearing on the alleged violations of the terms and conditions of his release.  Therefore, based on the affidavit of PTSO Nickalas Buciuman, the Court finds by clear and convincing evidence that Defendant violated the terms of his release as set forth in Counts I-IV of the petition.  (*See* Doc. 26-1.)

The United States then moved to detain Defendant pending trial.  For reasons set forth on the record, the Court finds there is no condition or combination of conditions that will assure Defendant will not flee or pose a danger to the safety of any other person or the community.  Further, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.  *See* 18 U.S.C. § 3148(b)(2).  Accordingly,

IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release (Doc. 26) is **GRANTED**. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 20th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge